FILED
·SUPERIOR COURT
OF GUAM

2014 JUL -7 PM 4: 23

CLERK OF COURT
BY:_____



**IN THE SUPERIOR COURT
OF GUAM**

GUAM WATERWORKS AUTHORITY,    )    Special Proceedings No. SP0118-11
    )
        Petitioner,    )
    )    **DECISION AND ORDER**
    v.    )
    )
GUAM PUBLIC UTILITIES    )
CORPORATION    )
    )
        Respondent.    )
    )

Pursuant to the Guam Supreme Court's Administrative Rule 13-003, the Court, having reviewed the papers herein, finds that all matters currently pending before it or for which the Parties have standing to request relief have been disposed. Accordingly, for purposes of the above rule, this matter is hereby concluded.

SO ORDERED, this 7 day of _____July_____ 2014.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam